

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**FREDREKA ESSIEN**                                                      **PLAINTIFF**

**VERSUS**                                                     **CIVIL CAUSE NO.3:05cv116**

**CRYSTAL SPRINGS HOUSING
ASSOCIATES, LTD, d/b/a
JACKSON STREET APARTMENTS**                                       **DEFENDANTS**

### AGREED ORDER AND FINAL JUDGMENT
### OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on to be heard on the motion, *ore tenus*, of the Plaintiff, Fredreka Essien, and Defendants, Crystal Springs Housing Associates, Ltd., d/b/a Jackson Street Apartments, for an Order dismissing this cause, with prejudice, as to Defendants, Crystal Springs Housing Associates, Ltd., d/b/a Jackson Street Apartments. The Court, having considered same, noting agreement of the parties to the entry of this Order and being fully advised of the premises, finds that said motion is **well taken** and should be **granted**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this cause be and is hereby **dismissed with prejudice** in its entirety.

**SO ORDERED AND ADJUDGED**, this the 26th day of April, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
Michael A. Brown, Esq.
*Attorney for the Plaintiff*

_____
CLYDE X. COPELAND, III, ESQ.
*Attorney for Defendants*